# United States Bankruptcy Court
## Northern District Of Ohio
## JOHN P. GUSTAFSON
### Notice of Filing Deficiency

**To:** Ryan Terwilliger          **Debtor:** Ryan Terwilliger

**Case Number:** 22–31508–jpg          **Regarding Document Number:** 18

**The following deficiency must be corrected within 14 day(s) from the date of this notice.**

☐ Form B121 required to add or correct social security number. Certificate of Service of "paper" notice to all creditors
     required. See ECF Newsletter, Volume 2 Number 1.

☐ Filing fee required. See comments below.

☐ Certificate of service indicating name and address of parties served and date of service missing.

☐ Attachments/exhibits missing or incorrectly filed.

☐ Petition and/or schedules incomplete. See comments below.

☐ Creditors not uploaded.

☐ No order submitted. Orders are required at the time that a motion/application/objection is filed.

☐ Order submitted is not in proper format (a word processing format). Resubmit order to judge's mailbox.

☐ Amended plan with complete certificate of service not filed.

☐ Notice of continued 341 meeting and certificate of service not filed.

☐ Notice of continued confirmation hearing and certificate of service not filed.

☐ Proof of insurance not submitted to trustee.

☐ Copies of tax returns not submitted to trustee.

☐ No Means Testing Form

☑ Other: see comments below.

**Comments/Instructions:**
Incorrect procedure to correct creditor address.

**Inquiries regarding this form should be directed to:** Michelle M Kneisel
at (419) 213–5600, ext. 5603
**Dated:** December 2, 2022
Form ohnb142